424 A.2d 503

## In re ADOPTION OF M. L. W.

### Appeal of P. J. W. and S. B. W.

Supreme Court of Pennsylvania.

Argued Oct. 15, 1980.

Decided Jan. 27, 1981.

Stephen R. Signore, Jr., Norristown, for appellant.

Jay C. Glickman, Souderton, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

### ORDER

PER CURIAM:

The Decree of the Court of Common Pleas of Montgomery County is affirmed. Each party to pay own costs.